UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**SAYDA ORELLANO-OCHOA**

       Petitioner

V.

                                    Case No. 3:26-cv-672

                                    Agency File 215-702-493

**WARDEN, RICHWOOD CORRECTIONAL
CENTER et. al;**

       Respondents

_____

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

This matter is before the Court on the motion of Emily Trostle, a member of the Bar of this Court, for the admission pro hac vice of Bonnie Smerdon, Esq., of the law firm Luce Law PLLC, to represent Sayda Orellano-Ochoa in the above-captioned case.

The Court, having considered the motion and supporting documents, finds that good cause exists to grant the motion.

The motion for admission pro hac vice of Bonnie Smerdon is GRANTED.

2. Bonnie Smerdon shall be permitted to appear and participate in this matter on behalf of Sayda Orellano-Ochoa.

3. Bonnie Smerdon shall abide by all rules of this Court, including the Rules of Professional Conduct and the Local Rules.

4. Emily Trostle, as sponsoring attorney, shall remain responsible for the conduct of the litigation and shall sign all pleadings, motions, and other papers filed with the Court.

1

SO ORDERED this 11th day of March , 20 26.

_____

 JOSEPH H.L. PEREZ-MONTES
[Judge's Name]
 UNITED STATES MAGISTRATE JUDGE
~~United States District Judge~~

2